# First District Court of Appeal
# State of Florida

_____

No. 1D2025-2159

_____

Curtis Dale Lamb,

Petitioner,

v.

State of Florida,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

August 27, 2025

Per Curiam.

Dismissed.

Roberts, Nordby, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Stacy A. Scott, Public Defender, and Adreanne Martinez, Assistant Public Defender, Gainesville, for Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.